# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REUBEN CONWAY,<br><br>    Defendant. | Case No.: 2:16-cr- **013**<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>REUBEN CONWAY<br>(ID#) 2681057 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **REUBEN CONWAY** before the United States District Court at Las Vegas, Nevada, on or about Tuesday, 1/26/2016 CWH, Courtroom 3C, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: January 19, 2016

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr- **013** |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR REUBEN CONWAY |
| vs. | (ID#) 2681057 |
| REUBEN CONWAY, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **REUBEN CONWAY**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **REUBEN CONWAY** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **REUBEN CONWAY** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on __Tuesday, 1/26/2016 CWH, Courtroom 3C__, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **REUBEN CONWAY** before the United States District Court on or about __Tuesday, 1/26/2016 CWH, Courtroom 3C__, at the hour of 3:00 p.m., for

1 arraignment and from time to time and day to day thereafter until excused by the Court has
2 been ordered by the United States Magistrate or District Judge for the District of Nevada.

3     WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4 Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
5 Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
6 them to produce the said **REUBEN CONWAY** before the United States District Court on or
7 about _Tuesday, 1/26/2016 CWH, Courtroom 3C_, at the hour of 3:00 p.m., for arraignment and from
8 time to time and day to day thereafter, at such times and places as may be ordered and directed
9 by the Court entitled above, to appear before the Court, and when excused by the said Court, to
10 be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

11     DATED this 19th day of January, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_/s/ Phillip N. Smith, Jr._
PHILLIP N. SMITH, JR.
Assistant United States Attorney