RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rachel_Korenblat@fd.org

Attorney for Reuben Conway

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-013-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| REUBEN CONWAY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Phillip N. Smith Jr., Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Reuben Conway, that the sentencing hearing scheduled for August 18, 2017 at 10:00 a.m., be vacated and set to a date and time convenient to this Court but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct mitigation and draft her sentencing memorandum.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue sentencing hearing.

DATED this 7th day of August, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MHYRE<br>Acting United States Attorney |
| */s/ Rachel Korenblat*<br>By_____<br>RACHEL KORENBLAT<br>Assistant Federal Public Defender | */s/ Phillip N. Smith Jr.*<br>By_____<br>PHILLIP N. SMITH JR.<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REUBEN CONWAY,<br><br>    Defendant. | Case No. 2:16-cr-013-GMN-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, August 18, 2017 at 10:00 a.m., be vacated and continued to  10/6/2017  at the hour of 11:00   a .m.; or to a time and date convenient to the court.

DATED this  8  of August, 2017.

_____
UNITED STATES DISTRICT JUDGE