1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   RACHEL KORENBLAT
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577  Phone
5  (702) 388-6261  Fax
   Rachel_Korenblat@fd.org
6
   Attorney for Reuben Conway
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-013-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| REUBEN CONWAY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Phillip N. Smith Jr., Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Reuben Conway, that the sentencing hearing scheduled for October 6, 2017 at 11:00 a.m., be vacated and set to a date and time convenient to this Court but no sooner than thirty (14) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to accommodate a scheduling conflict.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the second stipulation to continue sentencing hearing.

DATED this 2nd day of October, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MHYRE<br>Acting United States Attorney |
| By */s/ Rachel Korenblat*<br>RACHEL KORENBLAT<br>Assistant Federal Public Defender | By */s/ Phillip N. Smith, Jr.*<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REUBEN CONWAY,

    Defendant.

Case No. 2:16-cr-013-GMN-NJK

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, October 6, 2017 at 11:00 a.m., be vacated and continued to  10/27/17  at 2:00 _p_.m.; or to a time and date convenient to the Court.

DATED this  4  of October, 2017.

_____
UNITED STATES DISTRICT JUDGE

3